IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02353-WDM-MJW

AVCO CORPORATION,

    Plaintiff,

v.

LYCOMING ENGINE MODEL 0-540-E4B5, et al.,

    Defendants.

---

### NOTICE OF DISMISSAL

---

    The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 26, 2007.

                                    BY THE COURT:


                                    s/ Walker D. Miller
                                    United States District Judge